Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Jacquelyn Beatrice Wiley | 19-40140-CN 13 |

**WITHDRAWAL
OF
TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT**

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS; DECLARATION; AND NOTICE AND OPPORTUNITY TO OBJECT for the above named Chapter 13 Case which was filed on June 22, 2022, same being court docket #76.

Date: July 12, 2022

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee